IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN D. JENKINS,                              05-CV-1622-BR

          Plaintiff,                          OPINION AND ORDER

v.


STATE OF OREGON, MARTIN
RITTER, K. FRANCES HANSON,
*et al.*, are sued individually
and in capacity,

          Defendants.


**JOHN D. JENKINS**
2906 N. Second Street
La Grande, OR  97850
(541) 962-7002

          Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**LIANI J. H. REEVES**
Assistant Attorney General
Department of Justice
1162 Court Street, N.E.
Salem, OR 97301
(503) 947-4700

          Attorneys for Defendants

1 - OPINION AND ORDER

**BROWN, Judge.**

This matter comes before the Court on Plaintiff John D. Jenkins's Demand for Default Judgment (#17).  For the reasons that follow, the Court **DENIES** Plaintiff's Demand for Default Judgment.


## BACKGROUND

On November 28, 2005, Plaintiff served Defendant with a Summons that required Defendants to answer the Complaint within 20 days.  Plaintiff contends Defendants were required, therefore, to file a responsive pleading by December 18, 2005.  Defendants electronically filed a Motion to Dismiss the Complaint on December 19, 2005, and served Plaintiff with a copy of the Motion by mail the same day.  Plaintiff contends Defendants' response was untimely and requests a default judgment.


## DISCUSSION

Fed. R. Civ. P. 6(a) provides when computing "any period of time prescribed or allowed by these rules,. . . [t]he last day of the period so computed shall be included, unless it is a . . . Sunday,. . . in which event the period runs until the end of the next day."  December 18, 2005, was a Sunday.  Accordingly, Defendants' responsive pleading was due Monday, December 19, 2005.  As noted, Defendants electronically filed their Motion to

Dismiss on December 19, 2005.  In addition, Defendants served Plaintiff by mailing him a copy of their Motion to Dismiss on December 19, 2005.  Fed. R. Civ. P. 5 provides "[s]ervice by mail is complete on mailing."

Accordingly, the Court concludes Defendants filed a responsive pleading within the time required.

## CONCLUSION

For these reasons, the Court **DENIES** Plaintiff's Demand for Default Judgment (#17).

IT IS SO ORDERED.

DATED this 6th day of February, 2006.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge